# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Criminal Action No. 4:96-CR-10 |
| v. § | (Judge Mazzant/Judge Johnson) |
| § | |
| NELSON GLEN BRISCO (1) § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months, with a term of supervised release of forty-eight (48) months to follow.

The Court further recommends the imposition of the special conditions set forth in the Report and Recommendation, as follows:

The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring his compliance with the terms of the judgment in this case.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with all financial obligations imposed by this judgment.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in North Texas, if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 6th day of December, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE