## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:96-CR-00010-ALM-BD |
| | § | |
| NELSON GLEN BRISCO | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 168 (sealed).

### PROCEDURAL HISTORY

In August 1996, United States District Judge Paul Brown sentenced defendant Nelson Glen Brisco to 235 months imprisonment followed by five years of supervised release. Dkt. 85 at 1–3. That judgment was amended in March 2017 by United States District Judge Marcia A. Crone to 137 months imprisonment followed by three years of supervised release. Dkt. 151 at 1–3. In December 2022, United States District Judge Amos L. Mazzant III revoked Brisco's term of supervised release and sentenced him to 12 months imprisonment followed by forty-eight months of supervised release. Dkts. 165 at 1, 166 at 1–3. Brisco's term of supervised release commenced September 22, 2023. Dkt. 168 at 1 (sealed).

In May 2024, a probation officer petitioned the court for a warrant, alleging that Brisco had violated three conditions of his supervised release. Dkt. 168 (sealed). Specifically, the petition alleged that Brisco had twice violated the condition of supervision that required him not to commit another federal, state, or local crime and violated the condition that required him to refrain from any unlawful use of a controlled substance. *Id.* at 1–3 (sealed).

In support of those allegations, the petition asserted that Brisco committed a number of crimes in Grayson County, Texas, including the crime of illegal dumping. Dkt. 168 at 1–3 (sealed).

A final revocation hearing was held before the undersigned. Minute Entry for Mar. 25, 2025. Brisco pled true to the misdemeanor charge of illegal dumping in allegation two. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. Dkt. 180. The government requested a sentence of fourteen months imprisonment followed by no term of supervised release, which is within the federal sentencing policy-statement range; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that (1) Brisco's supervised release be revoked based on allegation two in the petition, Dkt. 168 (sealed); and (2) Brisco be committed to the custody of the Bureau of Prisons to be imprisoned for a term of fourteen months with no term of supervised release to follow.

So ORDERED and SIGNED this 31st day of March, 2025.

Don Bush
United States Magistrate Judge